DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STANLEY v. BROOKS

No. 561P93

Case below: 112 N.C.App. 609

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

STATE v. CHEEK

No. 3PA94

Case below: 113 N.C.App. 203

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 March 1994. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 3 March 1994.

STATE v. HILTON

No. 516P93

Case below: 112 N.C.App. 644

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

STATE v. HOBGOOD

No. 477P93

Case below: 112 N.C.App. 262

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

STATE v. LAWSON

No. 142A81-3

Case below: Superior Court

Petition by defendant for writ of certiorari to review the order of the Cabarrus County Superior Court denied 3 March 1994.